# United States Bankruptcy Court

## District Of Idaho

| | | |
|---|---|---|
| In re HMH CONSTRUCTION, LLC, Debtor | ) ) ) ) | Case No. 23-00191-BPH<br><br>Chapter 7 |
| TIMOTHY R. KURTZ, Chapter 7 Trustee<br>Plaintiff | ) ) ) ) ) | |
| v.<br>RAUL LABRADOR<br>Defendant | ) ) ) ) ) | Adv. Proc. No. 25-06005-BPH |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:   550 W. Fort Street
Suite 400
Boise, ID 83724

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:   Matthew T. Christensen
199 N. Capitol Blvd., Ste 200
Boise, ID 83702

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



United States Courts
District of Idaho
**ISSUED**
Chantelle Knudsen
on Feb 18, 2025 9:23 am

# CERTIFICATE OF SERVICE

I, _____Cydney Belden_ (name), certify that service of this summons and a copy of the complaint was made ___02/18/2025_____ (date) by:

☒     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:    Raul Labrador
                905 N. Grey Pebble Way
                Eagle, ID 83616

❏     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❏     Residence Service: By leaving the process with the following adult at:

❏     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❏     Publication: The defendant was served as follows: [Describe briefly]

❏     State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date  _2/18/2025_    Signature _/s/ Cydney Belden_

                 Print Name:    Cydney Belden

                 Business Address:    Johnson May

                                      199 N. Capitol Blvd #200 Boise, ID 83702